# First District Court of Appeal
## State of Florida

_____

No. 1D2023-2138
_____

Yomar Eusebio Candelario,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

July 12, 2024

Per Curiam.

Affirmed.

Osterhaus, C.J., and M.K. Thomas and Long, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Yomar Eusebio Candelario, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.